**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL FLEMING, | ) | No. CV 13-3897-PA(AS) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| RALPH DIAZ, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and the
3 Judgment herein on counsel for Petitioner and counsel for
4 Respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

8        DATED: December 13, 2014

                                    _____
                                          PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL FLEMING, | ) | |
| | ) | No. CV 13-3897-PA (AS) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| RALPH DIAZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 13, 2014

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE