**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL FLEMING,<br><br>       Petitioner,<br><br>    v.<br><br>RALPH DIAZ, Warden,<br><br>       Respondent. | No. CV 13-3897-PA (AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

    DATED: December 13, 2014

                                   PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE